United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-	Case No. 2:23-cr-71(1)

Raymond A. Small

## COURTROOM MINUTES
### Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   April 5, 2024 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Kevin Kelley |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Soma Dutta |
| Interpreter: | | Pretrial/Probation: | Emily Mueller |

Defendant sentenced to eighty-four (84) months of imprisonment on Counts 1 and 5 of the Indictment, to be served concurrently.

Defendant sentenced to three (3) years of supervised release on Counts 1 and 5 of the Indictment, to be served concurrently.

Forfeiture ordered as outlined in the Forfeiture Allegation of the Indictment; no fine imposed; special assessment of $200 applied.

Counts 3, 4, and 6 of the Indictment dismissed at sentencing.

Defendant remanded to the custody of the USMS.